202 So.2d 662

**Emelda Williams VANCE**

**v.**

**Danielle M. HINTON and General Guaranty Insurance Company.**

No. 48873.

Oct. 10, 1967.

Writ refused. No error of law under the facts found by the Court of Appeal.